UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Christopher Joseph Francis, a/k/a Christopher J. Francis, ) ) ) Petitioner, ) ) vs. ) ) South Carolina DPP., ) ) Respondent. ) | C/A No. 4:12-318-MGL-TER ORDER |

The parties are requested to inform the court of the status of the Appeal[1] before the South Carolina Supreme Court within five (5) days of the date of this order. If the state court has issued an order and remittitur, the parties are directed to attach a copy to their response.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

December 18, 2012
Florence, South Carolina

---

[1] On June 27, 2011, appellate counsel filed a petition for writ of certiorari to secure appellate review. (Attachment 5).Counsel also filed a Johnson Petition for Writ of Certiorari, pursuant to Austin v. State. By letter dated June 28, 2011, the Clerk of the Supreme Court of South Carolina advised Petitioner of his right to file a *pro se* response to the petition, and "raise and argue any issues you believe the Court should consider in this appeal." (Attachment 7). The State submitted a letter in lieu of a formal response on June 28, 2011. (Attachment 8). On or about August 11, 2011, Petitioner submitted a "Response to Johnson Petition," and raised additional issues. This appeal was currently pending at the time the briefs were filed.